IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES**<br>    Plaintiffs<br><br>   vs.<br>**LUIS E. MERCED GARCIA**<br>    Defendant | **CRIM. NO.   17-297 (FAB)** |

MOTION TO RESTRICT

TO THE HONORABLE COURT:

**COMES NOW Jennie Mariel Espada Esq**., on behalf of Mr. Luis Merced, and respectfully STATES and PRAYS as follows:

The undersigned will file a motion containing medical information and to protect Mr. Merced's rights under the HIPPA law we request authorization to restrict for viewing only by selected parties.

**WHEREFORE**, the undersigning attorney respectfully prays and requests that this Honorable Court take notice of the aforementioned information and grant a special medical hearing to discuss Mr. Merced's medical needs.

**I HEREBY CERTIFY** that on this same date, a true and exact copy of this document has been filed using the CM/ECF system and that the government and all counsel of record will be served a copy of this Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June 22, 2017.

*S/Jennie Mariel Espada*
**Jennie Mariel Espada**
 **USDCPR NO. 225003**
**122 Calle Manuel Domenech**
**San Juan, PR 00918**
**787-633-7199/787-773-0500**
**espada.esquire@gmail.com**